UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBBIE DONOHUE, and all other similarly situated persons,<br><br>        Plaintiff,<br><br>  -vs-<br><br>QUICK COLLECT, INC., an Oregon Corporation, CA 00206,<br><br>        Defendant. | NO.  CV-08-0150-LRS<br><br>ORDER RE PENDING MOTIONS |

Having determined that Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (Ct. Rec. 25) should be denied based on the record, the Court on December 31, 2008, heard oral argument for counsel for the parties on all remaining motions. Plaintiff Debbie Donohue was represented by Michael Beyer. Defendant Quick Collect, Inc., was represented by Christopher J. Kerley. This Order is entered to supplement and confirm the oral rulings placed of record following the close of oral argument. Finding no question of material fact at issue, the Court concluded that the Complaint for Collection filed in state court against Ms. Donohue by Quick Collect, Inc., accurately set forth the total sum then due and owing from Ms. Donohue to her dentist and was

ORDER RE PENDING MOTIONS - 1

not false, deceptive or misleading within the meaning of the Fair Debt Collection Practices Act and more specifically, 25 U.S.C. § 1692e and 25 U.S.C. § 1692f. The Court further concluded that the amount sought in the state court collection suit giving rise to this action was not usurious and did not violate the Consumer Protection Act of the State of Washington as codified in RCW 19.52.020 and RCW 19.16.250 as well as related provisions of Washington law.

Accordingly, it is hereby ordered as follows:

1. Plaintiff's Motion to Strike Defendant's Summary Judgment Motion (Ct. Rec. 25) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Ct. Rec. 5) is **GRANTED**;

3. Plaintiff's Cross-Motion for Summary Judgment Re: Liability (Ct. Rec. 14) is **DENIED**;

4. Plaintiff's Motion for Class Certification (Ct. Rec. 17) is **DENIED** as moot.

The District Court Executive is hereby directed to enter judgment in favor of Defendant Quick Collect, Inc., in accord with the foregoing Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 31st day of December, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER RE PENDING MOTIONS - 2