AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DEBBIE DONOHUE, and all other similarly situated
persons,

                  Plaintiff,

             v.

QUICK COLLECT, INC., an Oregon Corporation,
CA 00206,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-0150-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Re Pending Motions entered on December 31, 2008, Ct. Rec. 41.

December 31, 2008
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas